FILED
JUL 17 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY BY CCMSI, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: 3:19-cv-01352-BEN-MDD <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. 20] |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties move to dismiss this entire action with prejudice as to all parties. The motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees. The parties request for the Court to retain jurisdiction to enforce the terms of the settlement is **GRANTED**.

**IT IS SO ORDERED.**

DATED: July 16, 2020

HON. ROGER T. BENITEZ
United States District Judge